UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAIME H. WEINBERG, BRADFORD J. MINNICK,
THOUSAND ISLANDS INN HOLDINGS, LLC; and
THOUSAND ISLANDS ENTERPRISES, LLC,

                             Plaintiffs,

                -v-

VILLAGE OF CLAYTON, NY, et. al.,

                            Defendants.

**STIPULATION OF DISCONTINUANCE PURSUANT TO RULE 41(A)**

5:17-CV-0021
(BKS)(ATB)

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys for plaintiffs and defendants, parties to the above entitled-action (the "action"), that: Whereas: a) pursuant to the Notice of Suggestion of Death filed with this court by counsel for defendant Edward A. Fry (defendant Fry) on April 4, 2017, Defendant Fry died on April 2, 2017; b) no party hereto moved to substitute a party for defendant Fry within ninety days of the suggestion of death as permitted by Rule 25 of the Federal Rules of Civil Procedure; c) no party hereto objects to the discontinuance or dismissal of the action against Defendant Fry, as indicated by counsel for all parties at the July 26, 2017 telephonic status conference before this court; and d) no party hereto is an infant or incompetent person for whom a committee has been appointed; the above-entitled action be and the same hereby is dismissed against defendant Edward A. Fry on the following terms and conditions, which it is agreed are of and shall have no legal precedential value in any other case either between the parties to this case or any other parties:

1. Plaintiffs agree to discontinue this action against defendant Edward A. Fry.
2. Defendant Edward A. Fry discharges and releases plaintiffs from any and all claims, demands, or causes of actions, known or unknown, now existing or hereafter arising, whether presently asserted or not, which relate in any way to the subject matter of this action, including, but not limited to, any claim for costs, interest, or attorneys fees.

3. This action is hereby discontinued against Edward A. Fry, pursuant to Rules 25(a) and 41(a) of the Federal Rules of Civil Procedure.

4. The parties hereto agree that no provision of this stipulation shall be interpreted to be an acknowledgment of the validity of any of the allegations or claims that have been made in the action.

5. This stipulation does not constitute a determination of, or admission by any party to any underlying allegations, facts or merits of their respective positions.  The discontinuation of this action with respect to Defendant Fry is limited to the circumstances in this case alone and shall not be given effect beyond the specific provisions stipulated to.  This settlement does not form and shall not be claimed as any precedent for, or an agreement by the parties to any generally applicable policy or procedure in the future.

6. The foregoing constitutes the entire agreement of the parties with respect to the disposition of the action as to Defendant Fry.

Dated: August 9, 2017
     at, Wellesley Island, New York

                                 /s/ Jaime H. Weinberg
                                 Jaime H. Weinberg, Esq.
                                 Attorney for Plaintiffs
                                 20128 Carr Road Ext.
                                 Wellesley Island, NY 13640
                                 Bar Roll No. 520322

Dated:  August 3, 2017
      at,  Syracuse, New York

                                 ERIC T. SCHNEIDERMAN
                                 Attorney General of the State of New York
                                 Attorney for Defendant Edward A. Fry
                                 /s/ *Timothy P. Mulvey*
                                 Timothy P. Mulvey, Esq., of counsel
                                 Office of the Attorney General
                                 615 Erie Boulevard West, Suite 102
                                 Syracuse, New York 13204
                                 Bar Roll No.  510757

Dated: August 15, 2017
      at, Syracuse, New York

                      /s/ Steven Ward Williams
                      Steven Ward Williams, Esq.
                      SMITH SOVIK KENDRICK & SUGNET, P.C.
                      Attorneys for Defendants Menter, Rudin &
                      Trivelpiece, P. C., and Joseph Russell, Esq.
                      250 South Clinton Street, Suite 600
                      Syracuse, N.Y.   13202-1252
                      Bar Roll No. 507854


Dated: August 21, 2017
      at, Syracuse, New York

                      /s/ Molly M. Ryan
                      Molly M. Ryan, Esq.
                      GOLDBERG SEGALLA LLP
                      Attorneys for Defendants Village of Clayton,
                      Norma Zimmer, Board of Trustees
                      of the Village of Clayton, Bruce Beattie,
                      Beattie Enterprises, LLC, and Richard Ingerson
                      5786 Widewaters Parkway
                      Syracuse, NY 13214-1840
                      Bar Roll No. 516097


                      IT IS SO ORDERED:

                      _____
                      Brenda K. Sannes
                      U.S. District Judge

                      Dated: __9/15/2017_____
                            Syracuse, NY